1 | PETER C. ANDERSON
UNITED STATES TRUSTEE
2 | JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
3 | KENNETH G. LAU, State Bar No. 155314
TRIAL ATTORNEY
4 | OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
5 | Los Angeles, California 90017-3560
(213) 894-4480 telephone
6 | (213) 894-2603 facsimile
Email:        *Kenneth.G.Lau@usdoj.gov*

7

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

10 | In re:                                                ) Case No.: 2:16-bk-16568 WB
                                                           )
11 | **OKECHUKWU UKAEGBE,**                                 ) Chapter 7
                                                           )
12 |        Debtor.                                        ) Adv. No. 2:16-ap-01362 WB
                                                           )
13 | _____                   ) DECLARATIONS OF STEVEN J. JOHNSTON
                                                           ) AND GLENN JUNGEMANN IN SUPPORT OF
14 | **UNITED STATES TRUSTEE FOR THE**                      ) MOTION FOR ENTRY OF DEFAULT
    **CENTRAL DISTRICT OF CALIFORNIA,**                    ) JUDGMENT IN FAVOR OF PLAINTIFF
15 | **REGION 16,**                                         ) UNITED STATES TRUSTEE
                                                           )
16 |        Plaintiff,                                     )
                                                           ) Date:  December 13, 2016
17 | vs.                                                   ) Time:  2:00 p.m.
                                                           ) Courtroom:  1375
18 | **OKECHUKWU UKAEGBE, aka**                             )
    **OKECHUWU OBIOMA UKAEGBE, aka**                       )
19 | **OBIOMA UKAEGBE, aka OBIOMA**                         )
    **OKECHUCKW UKAEGBE,**                                 )
20 |                                                       )
           Defendant.                                     )
21 |        Plaintiff U.S. Trustee ("Plaintiff" or "U.S. Trustee") hereby submits the attached

22 | Declarations of Steven J. Johnston And Glenn Jungemann in Support of his pending Motion For

23 | Entry Of Default Judgment.

24 | Dated:        November 22, 2016                       Respectfully submitted,

25 |

26 |                                                       _____
                                                          KENNETH G. LAU
27 |                                                       Attorney for the United States Trustee

28 |

- 1 -

1  PETER C. ANDERSON
   UNITED STATES TRUSTEE
2  JILL M. STURTEVANT, State Bar No. 089395
   ASSISTANT UNITED STATES TRUSTEE
3  KENNETH G. LAU, State Bar No. 155314
   TRIAL ATTORNEY
4  OFFICE OF THE UNITED STATES TRUSTEE
   915 Wilshire Blvd., Suite 1850
5  Los Angeles, California 90017-5418
   (213) 894-4480 telephone
6  (213) 894-2603 facsimile
   Email: Kenneth.G.Lau@usdoj.gov
7

8                    UNITED STATES BANKRUPTCY COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                        LOS ANGELES DIVISION

11  In re:                              ) Case No.: 2:16-bk-16568 WB
12                                       )
                                         ) Chapter 7
13  OKECHUKWU UKAEGBE,                    )
                                         ) Adv. No.: 2:16-ap-01362 WB
14          Debtor.                       )
                                         ) DECLARATION OF STEVEN J.
15  _____  ) JOHNSTON REGARDING CREDIT
                                         ) COUNSELING CERTIFICATE BEARING
16  UNITED STATES TRUSTEE FOR THE        ) NO. 06531-CAC-CC-003387460
    CENTRAL DISTRICT OF CALIFORNIA,      )
17  REGION 16,                           )
                                         )
18          Plaintiff,                   )
                                         )
19  vs.                                  )
                                         )
20  OKECHUKWU UKAEGBE, aka               )
    OKECHUWU OBIOMA UKAEGBE, aka         )
21  OBIOMA UKAEGBE, aka OBIOMA           )
    OKECHUCKW UKAEGBE,                   )
22                                       )
            Defendant.                   )
23  _____  )

24      I, Steven J. Johnston, declare and state as follows:

25      1.      I am over the age of eighteen years, and if called upon to testify I could and would
    do so competently.  I am employed as a Financial Analyst with the United States Trustee Program,
26  Office of Oversight ("OO").  In my capacity as Financial Analyst, I have authority to make this
27  declaration.
28

                                        - 1 -

1    2.    I have personal knowledge, information or belief of the facts set forth here below, and, if called as a witness, could and would competently testify thereto under oath.  This declaration is made on behalf of the United States Trustee for the Central District of California, Region 16.

3.    The OO is responsible for oversight of approved credit counseling and debtor education providers ("agencies"), and maintains both an internal database, which contains information about every entity that has applied for approval (the "CCDE Database"), and a web-based certificate generating system ("CCDE Certificate System") that approved agencies use to issue certificates of completion to their clients.

4.    To obtain approval to provide credit counseling and debtor education services, an entity must apply to the OO.  Upon receipt of a completed application, OO assigns each applicant a unique five digit number ("agency number").   An entry for the applicant is made in the CCDE Database.  The CCDE Database is searchable by agency number and agency name.

5.    If the application is approved, OO provides the agency access to the CCDE Certificate System.  Access to the CCDE Certificate System requires the agency to log in using its agency number and a secure password.

6.    To issue a certificate of completion, an approved agency inputs information into the CCDE Certificate System that records the completion of credit counseling or the debtor education. The CCDE Certificate System automatically assigns each certificate a unique certificate number beginning with the five-digit agency number, a two or three digit letter sequence identifying the client's judicial district, the letters CC (for credit counseling) or DE (for debtor education), and a unique nine-digit number.   That number is printed on the upper right hand corner of the certificate. The name of the agency listed on the certificate must correspond to the agency number associated with the first five digits on the certificate as set forth in the CCDE Database.  The judicial district listed on the certificate also must correspond to the two or three digit letter sequence in the CCDE Database.  In addition, the date on the certificate must correspond to the certificate issuance date set forth in the CCDE Database.

7.    I am familiar with the documents referenced in and attached to this declaration.

- 2 -

1        8.       Karen Polk, Supervisory Paralegal Specialist employed by the United States Trustee

2 for the Central District of California, Region 16, whose office is located at 915 Wilshire Boulevard,

3 Suite 1850, Los Angeles, California 90017 contacted our office requesting information concerning

4 a Certificate of Counseling bearing Certificate Number 06531-CAC-CC-003387460.  A copy of

5 Ms. Polk's email, along with the attached Certificate, is attached hereto as Exhibit "1" and is

6 incorporated herein by this reference as if set forth in full.  The Certificate, in the name of

7 "OKECHUKWO UKAEGBE," shows a counseling completion date of May 17, 2016.

8        9.       Pursuant to that request, I conducted a search of the CCDE Database for information

9 related to certificate number 06531-CAC-CC-003387460.  My search confirmed that the listed

10 certificate number—the final series of digits-- has never been issued by Allen Credit and Debt

11 Counseling Agency, agency number 06531, or indeed, any approved agency.

12      10.     Accordingly, the Certificate bearing number 06531-CAC-CC-003387460 was not

13 issued on May 17, 2016, or indeed, on any date.

14       I declare under penalty of perjury under the laws of the United State of America, that the

15 foregoing is true and correct and that this declaration was executed on November __, 2016.

16                     STEVEN JOHNSTON     Digitally signed by STEVEN JOHNSTON
DN: c=US, o=U.S. Government, ou=Dept of Justice, ou=EOUST, cn=STEVEN JOHNSTON, 0.9.2342.19200300.100.1.1=15001000509429
Date: 2016.11.22 05:33:07 -05'00'

17                         STEVEN J. JOHNSTON

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

# EXHIBIT 1

## Sadovnick, Wendy  (USTP)

| | |
|---|---|
| **From:** | Johnston, Steven J.  (USTP) |
| **Sent:** | Friday, August 05, 2016 3:58 AM |
| **To:** | Polk, Karen  (USTP) |
| **Subject:** | FW: Credit Counseling Cert 06531-CAC-CC-003387460,  LA Case 16-16568 WB |

The agency has no record of this client.

**From:** Glenn Jungemann [mailto:glennj@acdcas.com]
**Sent:** Thursday, August 04, 2016 4:20 PM
**To:** Johnston, Steven J. (USTP)
**Subject:** Fwd: Credit Counseling Cert 06531-CAC-CC-003387460, LA Case 16-16568 WB

Today's info

Sent from my iPhone

Begin forwarded message:

> **From:** Stephanie Kjetland <stephaniek@acdcas.com>
> **Date:** August 4, 2016 at 3:11:35 PM CDT
> **To:** Glenn Jungemann <glennj@acdcas.com>
> **Subject: Re: Credit Counseling Cert 06531-CAC-CC-003387460,  LA Case 16-16568 WB**
>
> No name in the database
>
>
> On Aug 4, 2016, at 2:59 PM, Glenn Jungemann <glennj@acdcas.com> wrote:
>
>
> Ukaegbe

1  PETER C. ANDERSON
   UNITED STATES TRUSTEE
2  JILL M. STURTEVANT, State Bar No. 089395
   ASSISTANT UNITED STATES TRUSTEE
3  KENNETH G. LAU, State Bar No. 155314
   TRIAL ATTORNEY
4  OFFICE OF THE UNITED STATES TRUSTEE
   915 Wilshire Blvd., Suite 1850
5  Los Angeles, California 90017-5418
   (213) 894-4480 telephone
6  (213) 894-2603 facsimile
   Email: Kenneth.G.Lau@usdoj.gov
7

8

                    **UNITED STATES BANKRUPTCY COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10
                         **LOS ANGELES DIVISION**
11

12  In re:                                  ) Case No.: 2:16-bk-16568 WB
                                            )
13                                          ) Chapter 7
    **OKECHUKWU UKAEGBE,**                   )
                                            ) Adv. No.: 2:16-ap-01362 WB
14            Debtor.                        )
                                            ) **DECLARATION OF GLENN**
15  _____) **JUNGEMANN REGARDING CREDIT**
                                            ) **COUNSELING CERTIFICATE BEARING**
16  **UNITED STATES TRUSTEE FOR THE**        ) **NO. 06531-CAC-CC-003387460**
    **CENTRAL DISTRICT OF CALIFORNIA,**      )
    **REGION 16,**                           )
17                                          )
                                            )
18            Plaintiff,                     )
                                            )
19  vs.                                     )
                                            )
20  **OKECHUKWU UKAEGBE, aka**               )
    **OKECHUWU OBIOMA UKAEGBE, aka**         )
21  **OBIOMA UKAEGBE, aka OBIOMA**           )
    **OKECHUCKW UKAEGBE,**                   )
                                            )
22            Defendant.                     )
                                            )
23  _____)

24        I, Glenn Jungemann, declare and state as follows:

25        1.     I am over the age of eighteen years, and if called upon to testify I could and would

26  do so competently. I am employed as Chief Executive Officer with Allen Credit & Debt

27  Counseling Agency ("Allen Credit"). In my capacity as Chief Executive Officer, I have authority

28  to make this declaration.

                                        - 1 -

1       2.      I have personal knowledge, information or belief of the facts set forth here below,

2 and, if called as a witness, could and would competently testify thereto under oath. This declaration

3 is made on behalf of the United States Trustee for the Central District of California, Region 16.

4       3.      Allen Credit is a credit counseling and debtor education provider, approved by the

5 United States Trustee Program to use a web-based certificate generating system ("CCDE Certificate

6 System") to issue certificates of completion to our clients.

7       4.      Access to the CCDE Certificate System requires the approved agency to log in using

8 its unique agency number and a secure password. Allen Credit's agency number is 06531.

9       5.      To issue a certificate of completion, Allen Credit inputs information into the CCDE

10 Certificate System that records the completion of credit counseling or the debtor education. It is my

11 understanding that the CCDE Certificate System automatically assigns each certificate a unique

12 certificate number beginning with the five-digit agency number, a two or three digit letter sequence

13 identifying the client's judicial district, the letters CC (for credit counseling) or DE (for debtor

14 education), and a unique nine-digit number.  That number is printed on the upper right hand corner

15 of the certificate. The name of the agency listed on the certificate must correspond to the agency

16 number associated with the first five digits on the certificate as set forth in the CCDE Database.

17 The judicial district listed on the certificate also must correspond to the two or three digit letter

18 sequence in the CCDE Database. In addition, the date on the certificate must correspond to the

19 certificate issuance date set forth in the CCDE Database.

20       6.      I am familiar with the documents referenced in and attached to this declaration.

21       7.      Between June 29-August 4, 2016, Karen Polk, Supervisory Paralegal Specialist

22 employed by the United States Trustee for the Central District of California, Region 16, and Steven

23 J. Johnston, Financial Analyst for the Office of Oversight, Executive Office for United States

24 Trustees, contacted Allen Credit, through me, requesting information concerning a Certificate of

25 Counseling bearing Certificate Number 06531-CAC-CC-003387460. The Certificate, in the name

26 of "Okechukwo Ukaegbe," shows a counseling completion date of May 17, 2016.

27       8.      Pursuant to that request, I conducted a search of the Allen Credit internal records for

28 information related in particular to certificate number 06531-CAC-CC-003387460. My search

1  confirmed that the subject certificate is a forgery because our comprehensive records do not reflect

2  any client with the name "Okechukwo Ukaegbe" in our system during the referenced time frame or

3  indeed, at any time.  Further, no valid certificate bearing that number is on the applicable

4  Department of Justice site.

5      9.     Therefore, despite the information listed on the face of certificate numbers 06531-

6  CAC-CC-003387460 dated May 17, 2016, I can and do confirm that the named Chapter 7 Debtor,

7  "Okechukwo Ukaegbe" did not complete the required credit counseling course with Allen Credit

8  because this particular certificate was never issued by Allen Credit and Debt Counseling Agency to

9  any client at any time.

10      I declare under penalty of perjury under the laws of the United State of America, that the

11  foregoing is true and correct and that this declaration was executed on November 2( 2016.

12

13  _____

       GLENN JUNGEMANN

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**Office of the U.S. Trustee, 915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017-3560**

A true and correct copy of the foregoing document entitled (*specify*):

**Declarations Of Steven J. Johnston And Glenn Jungemann In Support Of Motion For Entry Of Default Judgment In Favor Of Plaintiff United States Trustee**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) _____**11/22/16**_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**: On (*date*) **11/22/16**_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____**11/22/16**_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 11/22/16 | Helen Cruz | *[signature]* |
| Date | Print Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE INFORMATION

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| Name | Capacity | Email Address |
|---|---|---|
| Kenneth G. Lau | U.S. Trustee Trial Attorney | Kenneth.G.Lau@usdoj.gov |
| United States Trustee (LA) | | ustpregion16.la.ecf@usdoj.gov |

*SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2. **SERVED BY U.S. MAIL**

   **Debtor Pro Se**:
   Okechukwu Ukaegbe
   1567 Abbotson Street
   Carson, CA 90746

3. **SERVED BY (state method for each person served):**

   **FEDERAL EXPRESS OVERNIGHT MAIL**

   Judge's Copy

   The Honorable Julia W. Brand
   U.S. Bankruptcy Court
   255 E. Temple Street, Room 940
   Los Angeles, CA 90012
   Attn: Mail Room Clerk-Judges Copies

   **PERSONAL DELIVERY, FACSIMILE OR EMAIL**

   Not Applicable

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**